Sanford Astor (SBN 34210)
sastor@brookskushman.com
William E. Thomson (SBN 47195)
wthomson@brookskushman.com
BROOKS KUSHMAN P.C.
601 South Figueroa St., Suite 2080
Los Angeles, California 90017
Telephone:  (213) 622-3003
Facsimile: (213) 622-3053

Attorneys for Plaintiff
FAIR RESTORATION, INC., dba
FLOOD PRO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FAIR RESTORATION, INC., d/b/a FLOOD PRO,** a California corporation,<br><br>*Plaintiff*,<br><br>vs.<br><br>**FLOOD PROS, INC.,** a California corporation,<br>and **TOM TURPEN, III,** a California resident,<br><br>*Defendants*. | Case No. 8:14-cv-01485<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Fair Restoration Inc. d/b/a Flood Pro, for its claims against Defendants, alleges as follows:

## I.  PARTIES AND JURISDICTION

1. Plaintiff, Fair Restoration Inc. d/b/a Flood Pro (hereinafter "Flood Pro"), is a California corporation, having its principal offices at 27132 Paseo Espada, Suite B1205, San Juan Capistrano, California 92675.

2. On information and belief, Defendant, Flood Pros, Inc., is a California Corporation, having its principle place of business at 29650 Castleridge Rd., Valley Center, California 92082

3. On information and belief, Defendant Tom Turpen, III ("Turpen") resides at 29650 Castelridge Rd., Valley Center, California 92082, and is President and CEO of Defendant, Flood Pros, Inc.

4. This is an action arising under the trademark laws of the United States, specifically §43 of the United States Trademark Act of 1946, as amended ("the Lanham Act"), 15 U.S.C. §1125.

5. This Court has subject matter jurisdiction over the claims herein pursuant to 15 U.S.C. §§ 1121, 28 U.S.C. §1331, and 28 U.S.C. § 1338(a), as this case arises under the trademark laws of the United States.

6. This Court has personal jurisdiction over Defendants because the Defendants are conducting business in the State of California and in this District, and are committing acts of infringement in this District.

## II.  FACTUAL BACKGROUND

A.  **Flood Pro's Trademark Rights**

7. Flood Pro is a marketer of flood repair services advertised, offered for sale, and sold under its trademark, FLOOD PRO.

8. Flood Pro is the owner of the FLOOD PRO trademark, which has been used by Flood Pro since at least 2002 as a trademark in connection with Flood Pro's business activities and services. FLOOD PRO is an active registered trademark in the State of California, Service Mark Reg. No. 62668, registered October 16, 2006, by Flood Pro.

9. The FLOOD PRO trademark symbolizes the business goodwill of Flood Pro, and is an asset of substantial commercial value.

10. The FlOOD PRO trademark has been used extensively and continuously by Flood Pro since at least 2002, is inherently distinctive, and has become distinctive through the acquisition of "secondary meaning."

11. Since 2002, long prior to the acts of the Defendants herein alleged, Flood Pro and its authorized distributors and dealers have used the FLOOD PRO trademark in connection with the promotion, marketing and advertising of its business and services, in interstate commerce in the United States and the State of California, including this District.

12. As a result of such continuous and extensive use, sales, advertising and promotion of the FLOOD PRO Trademark by Flood Pro and its authorized dealers and distributors, the FLOOD PRO Trademark enjoys widespread recognition and notoriety throughout the State of California, and is recognized by the public as emanating from Flood Pro.

**B.    Defendants' Activities**

13. Subsequent to Flood Pro's adoption and use of the FLOOD PRO Trademark, as above alleged, and with actual knowledge of Flood Pro's use of the FLOOD PRO Trademark, and with the intent to misrepresent the source of Defendants' services, Defendants copied and began using the FLOOD PRO Trademark in connection with the advertising, offering for sale and sale of services in the United States and in the State of California, and this District

COMPLAINT AND DEMAND FOR JURY TRIAL

14. Defendants' use of the FLOOD PRO trademark demonstrates the willful intent of Defendants to misrepresent the source of Defendants' services so as to cause confusion, mistake and/or deception as to Defendants' connection or association with Flood Pro.

15. Defendant Turben is personally liable for the aforementioned trademark infringement by virtue of his: (1) direct participation; (2) knowing and intentional inducement of, or material contribution to the infringement; (3) vicarious liability; and (4) status as alter ego of Flood Pro, Inc.

### III.  COUNT I

### FALSE DESIGNATION OF ORIGIN OR SPONSORSHIP AND FALSE ADVERTISING UNDER 15 U.S.C. § 1125(a)

16. The allegations of paragraphs 1-15 are incorporated herein by reference.

17. Defendants have knowingly used and continue to use in commerce the FLOOD PRO Trademark, or counterfeits, reproductions, copies, or colorable imitations thereof, in connection with their business activities and the services that Defendants advertise, promote, and sell.  Defendants' actions render this case exceptional within the meaning of 15 U.S.C. § 1117(a).

18. Defendants' use of the FLOOD PRO Trademark is likely to confuse, mislead, or deceive customers, purchasers, and members of the general public as to the origin, source, sponsorship, or affiliation of Defendants' products, and is likely to cause such people to believe in error that Defendants' services have been authorized, sponsored, approved, endorsed, or licensed by Flood Pro or that the Defendants are in some way affiliated with Flood Pro or with the FLOOD PRO brand.

19. Defendants' acts constitute false and misleading descriptions, false advertising, and false designations of the origin and/or sponsorship of Defendants'

goods and services, and constitute trademark infringement in violation of 15 U.S.C. § 1125(a).

20. By reason of Defendants' actions, Flood Pro has suffered irreparable harm to the valuable FLOOD PRO Trademark.  Unless Defendants are restrained from their actions, Flood Pro will continue to be irreparably harmed.

21. Flood Pro has no remedy at law that will compensate for the continued and irreparable harm caused by Defendants' acts.

23. As a direct and proximate result of Defendants' conduct, Flood Pro has suffered and will continue to suffer damages to the valuable FLOOD PRO Trademark, damage and injury to its business, substantial loss of revenue and profit, and other damages in an amount to be proved at trial.

## IV.  COUNT II

### COMMON LAW TRADEMARK INFRINGEMENT

24. The allegations of paragraphs 1-23 are incorporated herein by reference.

25. Flood Pro was the first to use the FLOOD PRO Trademark in association with the promotion or sale of any product or service.  As a result of the continuous sales and promotion by Flood Pro of its business and services bearing the FLOOD PRO Trademark since its adoption in 2002, the FLOOD PRO Trademark has become widely known, and Flood Pro has become identified in the public as the provider of the services to which the FLOOD PRO Trademark is applied.

26. Defendants, with knowledge of and with intentional disregard of Flood Pro's rights, continue to advertise, promote, and sell products and services using the FLOOD PRO Trademark or counterfeits and confusing imitations thereof.  Such acts by the Defendants have caused and continue to cause confusion as to the source and/or sponsorship of Defendants' products and services.

27. Defendants' acts constitute willful infringement of Flood Pro's exclusive rights in the FLOOD PRO Trademark, in violation of common law. By reason of Defendants' actions, Flood Pro has suffered irreparable harm to the valuable FLOOD PRO Trademark. Unless Defendants are restrained from further infringement of the FLOOD PRO Trademark, Flood Pro will continue to suffer irreparable harm.

28. Flood Pro has no remedy at law that will adequately compensate it for the irreparable harm that it has suffered and will suffer if Defendants' conduct is allowed to continue.

29. As a direct and proximate result of Defendants' conduct, Flood Pro has suffered and will continue to suffer damages to the valuable FLOOD PRO Trademark, damage and injury to its business, substantial loss of revenue and profit, and will continue to suffer other damages in an amount to be proved at trial.

## V.  COUNT III
### INDUCEMENT OF TRADEMARK INFRINGEMENT

30. The allegations of paragraphs 1-29 are incorporated herein by reference.

31. Defendant Turpen actively and knowingly induced infringement of FLOOD PRO'S Trademark.

32. Defendant Turpen's inducement of infringement was willful.

33. Defendant Turpen derived a financial benefit from the infringement and has been unjustly enriched as a result of his inducement of trademark infringement.

34. By reason of Defendant Turpen's actions, Flood Pro has suffered and will continue to suffer damage and injury to its business and will sustain substantial loss of revenue and profit.

35. Flood Pro has no adequate remedy at law for Defendant Turpen's wrongful acts.

## VI.  COUNT IV

## INFRINGEMENT OF CALIFORNIA SERVICE MARK, REG. NO. 62668

36. The allegations of paragraphs 1-35 are incorporated herein by reference.

37. Defendants' unauthorized use of Plaintiff's mark, FLOOD PRO, is likely to confuse, deceive, and/or mislead customers, purchasers, and members of the public as to the origin, source, sponsorship, or affiliation of Defendants' products and services and is an infringement of Flood Pro's California Service Mark Reg. 62668.

## VII.  DEMAND FOR RELIEF

**WHEREFORE**, Plaintiff Flood Pro requests entry of judgment against Defendants as follows:

A. A determination that Defendants have violated 15 U.S.C. § 1125(a), that Flood Pro has been damaged by such violations, and that Defendants are liable to Flood Pro for such violations;

B. A determination that Defendants have committed common law trademark infringement, that Flood Pro has been damaged by such infringement, and that Defendants are liable to Flood Pro for common law trademark infringement;

C. A determination that Defendant Turpen induced trademark infringement;

D. A determination that Defendants have infringed Plaintiff's California Service Mark Registration, 62668;

E. A determination that this case is "exceptional," in the sense of 15 U.S.C. § 1117(a);

F   A determination that Defendant Turpen is personally liable for the willful and deliberate violations of 15 U.S.C. § 1125(a), common law trademark infringement, and/or inducement of trademark infringement.

G.   Under all claims for relief, that an injunction be temporarily, preliminarily, and permanently issued, enjoining Defendants, their officers, employees, agents, successors and assigns, and all those in active concert and participation with them, and each of them who receives notice directly or otherwise of such injunctions from:

(1)   imitating, copying, or making any unauthorized use of the FLOOD PRO Trademark;

(2)   importing, manufacturing, producing, distributing, circulating, selling, offering for sale, advertising, promoting or displaying any service or product using any simulation, reproduction, counterfeit, copy, or colorable imitation of the FLOOD PRO Trademark;

(3)   using any simulation, reproduction, counterfeit, copy or colorable imitation of the FLOOD PRO Trademark in connection with the promotion, advertisement, display, sale, offer for sale, manufacture, production, circulation or distribution of any product or service, or any of their business activities;

(4)   using any false designation of origin or false description including, without limitation, any letters, symbols, or designs constituting the FLOOD PRO Trademark, or performing any act, which can, or is likely to, lead members of the trade or public to believe that any service or product manufactured, distributed or sold by Defendants are in any manner associated or connected with Flood Pro, the FLOOD PRO brand, or the FLOOD PRO Trademark, or is sold, manufactured, licensed, sponsored, approved or authorized by Flood Pro.

COMPLAINT AND DEMAND FOR JURY TRIAL

      H.    For an order directing that Defendants deliver for destruction all products, labels, tags, signs, prints, packages, videos, and advertisements in their possession or under their control, bearing or using the FLOOD PRO Trademark or any simulation, reproduction, counterfeit, copy or colorable imitation thereof, and all plates, molds, matrices and other means of making the same, pursuant to 15 U.S.C. § 1118;

      I.    For an order directing such other relief as the Court may deem appropriate to prevent the trade and public from deriving the erroneous impression that any service or product manufactured, sold or otherwise circulated or promoted by Defendants are authorized by Flood Pro or related in any way to FLOOD PRO Products;

      J.    For an Order directing Defendants and their agents, employees, servants, attorneys, successors, and assigns, and all others in privity or acting in concert therewith, to file with this Court, and serve upon Flood Pro's counsel within thirty (30) days after entry of such judgment, a written report under oath, setting forth in detail the manner and form in which they have complied with such judgment;

      K.    For an award of Flood Pro's damages trebled or, alternatively, an award of Defendants' wrongful profits trebled, whichever is greater, plus Flood Pro's costs and attorney's fees, pursuant to 15 U.S.C. § 1117;

      L.    For an award of Flood Pro's damages arising out of Defendants' acts;

      M.    For an award of interest, including pre-judgment interest on the foregoing sums;

      N.    For such other and further relief as the Court may deem just and appropriate.

COMPLAINT AND DEMAND FOR JURY TRIAL

## VIII. DEMAND FOR JURY TRIAL

Plaintiff, Flood Pro, demands a trial by jury for all issues so triable.

Respectfully submitted,

**BROOKS KUSHMAN P.C.**

Dated: September 15, 2014

/s/William E. Thomson
William E. Thomson
wthomson@brookskushman.com
**BROOKS KUSHMAN P.C.**
601 S. Figueroa St., Suite 2080
Los Angeles, CA 90017
Telephone: (213) 622-3003
Facsimile:  (213) 622-3053
*Attorneys for Plaintiff:*
FAIR RESTORATION, INC., dba
FLOOD PRO

COMPLAINT AND DEMAND FOR JURY TRIAL