Sanford Astor (SBN 34210)
sastor@brookskushman.com
William E. Thomson (SBN 47195)
wthomson@brookskushman.com
BROOKS KUSHMAN P.C.
601 South Figueroa St., Suite 2080
Los Angeles, California 90017
Telephone:  (213) 622-3003
Facsimile: (213) 622-3053

Attorneys for Plaintiff
FAIR RESTORATION, INC., dba
FLOOD PRO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FAIR RESTORATION, INC., d/b/a FLOOD PRO,** a California corporation,<br><br>*Plaintiff*,<br><br>vs.<br><br>**FLOOD PROS, INC.,** a California corporation,<br>and **TOM TURPEN, III,** a California resident,<br><br>*Defendants*. | Case No. 8:14-cv-01485-JVS-JCG<br><br>**STIPULATED DISMISSAL** |

STIPULATED DISMISSAL                              1

Plaintiff, Fair Restoration, Inc., and Defendants, Flood Pros, Inc. and Tom Turpen III, have entered into a Settlement Agreement resolving all issues in this litigation.  Accordingly, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action, with each party to bear its own costs.

Respectfully submitted,

**BROOKS KUSHMAN P.C.**

Dated: October 27, 2014

/s/William E. Thomson
William E. Thomson
wthomson@brookskushman.com
**BROOKS KUSHMAN P.C.**
601 S. Figueroa St., Suite 2080
Los Angeles, CA 90017
Telephone: (213) 622-3003
Facsimile:  (213) 622-3053

*Attorneys for Plaintiff*:
FAIR RESTORATION, INC., dba FLOOD PRO

STIPULATED DISMISSAL                                  2