Sanford Astor (SBN 34210)
sastor@brookskushman.com
William E. Thomson (SBN 47195)
wthomson@brookskushman.com
BROOKS KUSHMAN P.C.
601 South Figueroa St., Suite 2080
Los Angeles, California 90017
Telephone:  (213) 622-3003
Facsimile: (213) 622-3053

Attorneys for Plaintiff
FAIR RESTORATION, INC., dba
FLOOD PRO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FAIR RESTORATION, INC., d/b/a FLOOD PRO,** a California corporation,<br><br>*Plaintiff*,<br><br>vs.<br><br>**FLOOD PROS, INC.,** a California corporation,<br>and **TOM TURPEN, III,** a California resident,<br><br>*Defendants*. | Case No. 8:14-cv-01485-JVS-JCG<br><br>**STIPULATED DISMISSAL** |

STIPULATED DISMISSAL                                  1

1  Plaintiff, Fair Restoration, Inc., and Defendants, Flood Pros, Inc. and
2  Tom Turpen III, have entered into a Settlement Agreement resolving all issues in
3  this litigation.  Accordingly, pursuant to Rule 41(a)(1) of the Federal Rules of
4  Civil Procedure, Plaintiff hereby dismisses this action, with each party to bear its
5  own costs.

Respectfully submitted,

**BROOKS KUSHMAN P.C.**

Dated: October 27, 2014          /s/William E. Thomson
William E. Thomson
wthomson@brookskushman.com
**BROOKS KUSHMAN P.C.**
601 S. Figueroa St., Suite 2080
Los Angeles, CA 90017
Telephone: (213) 622-3003
Facsimile:  (213) 622-3053

*Attorneys for Plaintiff*:
FAIR RESTORATION, INC., dba
FLOOD PRO

STIPULATED DISMISSAL                2